UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KINGSLEY RODGERS,

                            Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                           Defendants.
-----------------------------------------------------------X

JUDGMENT
05-CV- 5521 (CBA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2006 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 25, 2006, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated September 6, 2006, dismissing the complaint pursuant to Rule 25(a)(1) and 41; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; and that the complaint is dismissed pursuant to Rule 25(a)(1) and 41.

Dated: Brooklyn, New York
        October 12, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court